CLERK'S OFFICE U.S. DIST COURT
AT ABINGDON VA
FILED
MAY - 8 2007
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MARK RADCLIFFE, | Civil Action No. 1:05CV00089 |
| Plaintiff, | **FILED *IN CAMERA*** |
| v. | **AND UNDER SEAL** |
| PURDUE PHARMA, INC., *et al.* | |
| Defendants. | |

### ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) and the States of California, Delaware, Florida, Hawaii, Illinois, Louisiana, Massachusetts, Nevada, New Hampshire, Tennessee, Texas and Virginia and the District of Columbia (the "States") having declined to intervene in this action pursuant to their respective state statutes, the Court rules as follows:

IT IS ORDERED that,

1. the complaint, the Governments' Notice of Election to Decline Intervention, and this Order remain under seal until May 21, 2007;

2. after May 21, 2007,

    a. the complaint be unsealed and served upon the defendants by the relator;

    b. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and the Governments' Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the complaint;

c. the seal be lifted as to all other matters occurring in this action after May 21, 2007;

3. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, on the United States, as provided for in 31 U.S.C. § 3730(c)(3), and on the States. The United States and the States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

4. all orders of this Court shall be sent to the United States and the States; and

5. should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States and States before ruling or granting its approval.

IT IS SO ORDERED,

This 8th day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE